# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | | |
|---|---|---|
| TAMER ESCANDER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:20-cv-00589 |
| RYAN MCCARTHY, U.S. Secretary of the Army | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Tamer Escander.

Date: 10/10/2020

/s/Timothy Coffield
*Attorney's signature*

Timothy Coffield (NC #51888)
*Printed name and bar number*

COFFIELD PLC
106-F Melbourne Park Circle
Charlottesville, VA 22901

*Address*

tc@coffieldlaw.com
*E-mail address*

(434) 218-3133
*Telephone number*

(434) 321-1636
*FAX number*

Print    Save As...    Reset