UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CV-00589-BO

TAMER ESCANDER,

    Plaintiff,

v.

CHRISTINE WORMUTH,

    Defendant.

**ORDER**

UPON CONSIDERATION OF Plaintiff's Consent Motion to Modify Scheduling Order, and the entire record herein, it is

**ORDERED** that Plaintiff's Motion is **GRANTED**; and

**FURTHER ORDERED** that Plaintiff's opposition to Defendant's motion for summary judgment shall be filed no later than November 15, 2022; and

**FURTHER ORDERED** that Defendant's reply in support of summary judgment shall be filed no later than December 6, 2022.

Dated: November 7, 2022

_____
Robert T. Numbers, II
United States Magistrate Judge