UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-00589-BO

| | |
|---|---|
| TAMER ESCANDER, | |
| Plaintiff, | |
| v. | **PLAINTIFF'S CONSENT MOTION TO MODIFY SCHEDULING ORDER** |
| CHRISTINE WORMUTH, | |
| Defendant. | |

NOW COMES Plaintiff Tamer Escander ("Escander") to respectfully request a modification of the Court's 7 November 2022 Scheduling Order (Dkt. #64) extending his 15 November deadline by three weeks until 6 December and setting Defendant's subsequent deadline 21 days after that, or 27 December. Defendant consents to this Motion.

Escander has good cause to request this relief. His undersigned counsel have been encountering logistical difficulties communicating with some witnesses from whom they intend to obtain sworn declarations, and last week his counsel Kel McClanahan was forced to engage in a lengthy mediation process in a fact-intensive case which exacerbated the problems even further.

Defendant consents to this Motion and respectfully requests that she continue to be allowed 21 days to file her reply, to which Escander consents.

Date: November 15, 2022

Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
Kel@NationalSecurityLaw.org
DC Bar. No. 984704

*Counsel for Plaintiff*

/s/ Timothy Coffield
Timothy Coffield
Coffield PLC
106-F Melbourne Park Circle
Charlottesville, VA 29901
434-218-3133
Fax: 434-321-1636
tc@coffieldlaw.com
NC Bar. No. 51888

*Local Civil Rule 83.1(d) Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of November, 2022, I filed the foregoing with the Court's Electronic Case Filing system, causing a copy to be served via electronic mail on Defendant's counsel of record.

Date: November 15, 2022

                                      Respectfully submitted,

                                      /s/ Kelly B. McClanahan
                                      Kelly B. McClanahan
                                      National Security Counselors
                                      4702 Levada Terrace
                                      Rockville, MD  20853
                                      301-728-5908
                                      Kel@NationalSecurityLaw.org
                                      DC Bar. No. 984704

                                      *Counsel for Plaintiff*