# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

No. 5:20-CV-00589-BO

| | |
|---|---|
| TAMER ESCANDER, | |
| Plaintiff, | |
| v. | **ORDER** |
| CHRISTINE WORMUTH, | |
| Defendant. | |

UPON CONSIDERATION OF Plaintiff's Consent *Nunc Pro Tunc* Motion to Modify Scheduling Order, and the entire record herein, it is

**ORDERED** that Plaintiff's Motion is **GRANTED**; and

**FURTHER ORDERED** that Plaintiff's opposition to Defendant's motion for summary judgment shall be filed no later than December 9, 2022; and

**FURTHER ORDERED** that Defendant's reply in support of summary judgment shall be filed no later than December 30, 2022.

Dated: December 9, 2022

_____
Robert T. Numbers, II
United States Magistrate Judge