UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| TAMER ESCANDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| CHRISTINE WORMUTH, | ) | 5:20-CV-589-BO |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion for summary judgment [DE 56] is GRANTED and defendant's motion to strike [DE 75] is DENIED.

This case is closed.

**<u>This judgment filed and entered on June 7, 2023, and served on:</u>**
Timothy Coffield (via CM/ECF NEF)
Kelly McClanahan (via CM/ECF NEF)
Sean Mahard (via CM/ECF NEF)
Sharon Wilson (via CM/ECF NEF)

PETER A. MOORE, JR., CLERK

June 7, 2023

 /s/Lindsay Stouch
By: Deputy Clerk