United States District Court for the  Eastern

District of  North Carolina

Docket Number  20-589

Tamer Escander

        v.

Christine Wormuth

)
)   Notice of Appeal
)
)

    Tamer Escander   (name all parties taking the appeal)*
appeal to the United States Court of Appeals for the  Fourth  Circuit from the final judgment entered on  June 7, 2023  (state the date the judgment was entered).

(s) Kel McClanahan

Attorney for  Plaintiff

Address: 4702 Levada Terrace

Rockville, MD 20853

[**Note to inmate filers:** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete the Declaration of Inmate Filing and file that declaration along with this Notice of Appeal*]

* See Rule 3(c) for permissible ways of identifying appellants.

12/01/2021  SCC